**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF KANSAS**
**AT KANSAS CITY, KANSAS**

BRET D. LANDRITH )
)
Plaintiff, )
)
v. ) Case No. 12-2352-EFM-DJW
)
BANK OF NEW YORK MELLON, et. al., )
)
Defendants. )

# ORDER

The Court, having reviewed Defendant Bryan Cave LLP's Motion to Join the Motion to Dismiss and the Memorandum of Law In Support of Their Motion to Dismiss filed by Defendants Bank of America Corporation; Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (incorrectly named as Countrywide Home Loans); Countrywide Home Loans, Inc. (incorrectly named as Countrywide Homeloan, Inc.); Countrywide Financial; The Bank of New York Mellon as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates (Collectively "BAC Defendants"), and for good cause shown, GRANTS the Motion to Join. It is hereby ORDERED that Defendant Bryan Cave LLP joins the Motion to Dismiss and Memorandum of Law In Support of Their Motion to Dismiss filed by the BAC Defendants.

**SO ORDERED:**

Eric F. Melgren, United States District Judge

**DATED:** August 21, 2012

**Respectfully prepared and submitted by:**

**BRYAN CAVE LLP**

By: *_/s/ Christopher C. Grenz_*
James D. Lawrence KS Bar # 22565
Christopher C. Grenz KS Bar #24839
1200 Main Street, Suite 3500
Kansas City, Missouri 64105-2100
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
chris.grenz@bryancave.com
jdlawrence@bryancave.com

ATTORNEYS FOR BAC DEFENDANTS and
BRYAN CAVE LLP