**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| Bret D. Landrith, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-2352-EFM-DJW |
| | ) | |
| Bank of New York Mellon, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT KPMG LLP'S 12(b)(6) MOTION TO DISMISS**
**AND OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Pursuant to Fed. R. Civ. P. 12(b)(6) and in opposition to Plaintiff's Motion for Leave to Amend, Defendant KPMG LLP ("KPMG") moves to dismiss all claims against it, for the reasons set forth in the accompanying Memorandum.

Among other bases for dismissal, Plaintiff's Complaint must be dismissed because his damages flow from an interest in property that a state court has twice ruled he does not have. For this reason, Plaintiff is estopped from relitigating that issue before this Court. Further, Plaintiff lacks standing to bring a RICO claim because he has no damages. Plaintiff has also failed to properly allege a RICO claim, relying on conclusory statements of legal elements, without providing any of the factual bases necessary to support such a claim. In addition, KPMG should be dismissed because the sparse allegations in the Complaint about KPMG – which fail to aver any direct connection between KPMG and the property at issue, Plaintiff or his alleged damages – do not state a viable claim against it.

Plaintiff's proposed amendment of the Complaint would be futile, inasmuch as it does not cure the fatal flaws of his existing complaint, and instead would add more defects by purporting to convert this unfounded suit into a class action for a putative class that Plaintiff cannot qualify

to represent. Accordingly, KPMG respectfully submits that Plaintiff's Motion for Leave should be denied, and KPMG's Motion to Dismiss should be granted with prejudice.

**WHEREFORE** Defendant KPMG LLP respectfully requests that the Court dismiss Plaintiff's claims against KPMG, deny Plaintiff's Motion for Leave to Amend, and grant any other such relief as the Court deems just and proper.

Respectfully submitted,

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP

By: /s/ *Stacey R. Gilman*

Anthony J. Durone KS Bar No. 17492
Stacey R. Gilman KS Bar No. 21892
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com

***Attorneys for Defendant KPMG LLP***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October, 2012, the foregoing was electronically filed with the Court using the CM/ECF system, which sent notice of electronic filing to all counsel of record.

/s/ *Stacey R. Gilman*
Attorneys for Defendant KPMG LLP