UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| **BRET D. LANDRITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BANK OF NEW YORK MELLON,** | ) | **Case No. 2:12-cv-2352-EFM-DJW** |
| **CATHERINE A. REIN,** | ) | |
| **BANK OF AMERICA CORPORATION,** | ) | |
| **COUNTRYWIDE HOMELOAN, INC.,** | ) | |
| **CWALT, INC.,** | ) | |
| **ALTERNATIVE LOAN TRUST 2007-OA7,** | ) | |
| **BAC HOME LOANS SERVICING, LP** | ) | |
| **COUNTRYWIDE FINANCIAL,** | ) | |
| **COUNTRYWIDE HOME LOANS,** | ) | |
| **KPMG, LLP,** | ) | |
| **STEPHEN E. SUMMERS,** | ) | |
| **REALTY EXECUTIVES OF KANSAS CITY,** | ) | |
| **SOUTH & ASSOCIATES, P.C.,** and | ) | |
| **BRYAN CAVE LLP,** | ) | |
| | ) | |
| **Defendants,** | ) | |

**DEFENDANT WHO HAS BEEN NAMED BY PLAINTIFF AS "STEPHEN E. SUMMERS DOING BUSINESS AS REALTY EXECUTIVES OF KANSAS CITY'S" MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant Stephen E. Summers ("Summers"), named by Plaintiff as "Stephen E. Summers d/b/a Realty Executives of Kansas City", pursuant to Fed.R.Civ.P. 12(b)(6), moves this court for an order dismissing all claims against Summers because (1) the doctrine of collateral estoppel bars Plaintiff from asserting his claims against Summers; (2) Plaintiff lacks standing; (3) the Rooker-Feldman Doctrine bars Plaintiff's claims; (4) Plaintiff has failed to properly plead a RICO claim; (5) the Court should not permit Plaintiff to litigate his claims in multiple forums and (6) for any other legal grounds barring Plaintiff's claims.

WHEREFORE, Defendant Summers prays that this Court dismiss Plaintiff's Complaint, for Summers' costs herein incurred and for such other and further relief as this Court deems just and proper.

ARMSTRONG TEASDALE LLP

By: /s/ Gerald A. King
Gerald A. King KS # 14765
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
(816) 221-3420 / FAX (816) 221-0786

ATTORNEYS FOR DEFENDANT NAMED BY PLAINTIFF AS STEPHEN E. SUMMERS D/B/A REALTY EXECUTIVES OF KANSAS CITY

**CERTIFICATE OF NOTIFICATION**

The undersigned certifies that on the 30th[h] day of October, 2012, a copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/ Gerald A. King
ATTORNEYS FOR DEFENDANT NAMED BY PLAINTIFF AS STEPHEN E. SUMMERS D/B/A REALTY EXECUTIVES OF KANSAS CITY

13910126_1.docx