AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

BRET D. LANDRITH,

Plaintiff,

V.

BANK OF NEW YORK MELLON,
et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-2352-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed March 4, 2013 (Doc. 49)

and the Order Nunc Pro Tunc filed March 4, 2013 (Doc. 50), Defendant South & Associates, P.A.'s Motion to Dismiss (Doc. 7) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants Bank of America Corp.; Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing, LP (incorrectly named as Countrywide Home Loans); Countrywide Home Loans, Inc. (incorrectly named as Countrywide Homeloan, Inc.); Countrywide Financial; and The Bank of New York Mellon as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates Motion to Dismiss (Doc. 18) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant Catherine Rein's Motion to Dismiss (Doc. 28), is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant KPMG LLP's Motion to Dismiss (Doc. 32) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendant Stephen E. Summers, d/b/a Realty Executives of Kansas City Motion to Dismiss (Doc. 40) is hereby GRANTED.

IT IS FURTHER ORDERED THAT Plaintiff's Motion for Hearing on Motions to Dismiss (Doc. 47) is hereby DENIED.

IT IS FURTHER ORDERED that pursuant to Order Nunc Pro Tunc (Doc. 50) all claims against Defendant Bryan Cave LLP are DISMISSED.

| 3/4/2013 | TIMOTHY M. O'BRIEN |
|---|---|
| *Date* | *Clerk* |

/s Cindy McKee

*(By) Deputy Clerk*